**Electronically Filed
Supreme Court
SCWC-24-0000754
09-APR-2026
02:23 PM
Dkt. 5 OGAC**

SCWC-24-0000754

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

FRIENDS OF MĀHĀʻULEPŪ, a nonprofit corporation,
and SAVE KŌLOA, a nonprofit corporation,
Petitioners/Petitioners/Appellants-Appellants,

vs.

KAUAʻI PLANNING COMMISSION, County of Kauaʻi,
5425 PAU A LAKA LLC, a limited liability corporation,
and MERIDIAN PACIFIC (fka Kiahuna Poʻipū Golf Resort, LLC),
Respondents/Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000754; CASE NO. 5CCV-23-0000146)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Cahill, assigned by reason of vacancy)

Petitioners' Application for Writ of Certiorari, filed on February 24, 2026, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, April 9, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Peter T. Cahill

